Director                                    RE: Case No. 25-0496
        DATE: 6/10/2025
        COA #: 15-24-00119-CV          TC#: D-1-GN-24-003836
STYLE: DARNELL v. MARTIN

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MR. ELIGAH  DARNELL JR.
                    #1695278
                    2664 FM 2054
                    TENNESSEE COLONY, TX  75886

RE: Case No. 25-0496          DATE: 6/10/2025
COA #: 15-24-00119-CV       TC#: D-1-GN-24-003836
STYLE: DARNELL v. MARTIN

     A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                CHRISTOPHER PRINE
                FIFTEENTH COURT OF APPEALS
                P.O, BOX 12852
                AUSTIN, TX 78711
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0496                                  DATE: 6/10/2025
COA #: 15-24-00119-CV                        TC#: D-1-GN-24-003836
STYLE: DARNELL v. MARTIN

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                        DISTRICT CLERK  TRAVIS COUNTY
                        TRAVIS COUNTY COURT
                        P. O. BOX 679003
                        AUSTIN, TX  78767
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0496                    DATE: 6/10/2025
COA #: 15-24-00119-CV            TC#: D-1-GN-24-003836
STYLE: DARNELL v. MARTIN

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. VISHAL  IYER
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *